UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

       - against -                            22-cr-409 (JGK)

JAREL SABLE,                                ORDER

               Defendant.

---

JOHN G. KOELTL, District Judge:

    Trial is scheduled for **September 11, 2023 at 9:00 a.m.**

    Because a continuance is needed to assure the effective assistance of counsel, to allow the defendant to decide what motions to make and for the Court to decide those motions, and to accommodate the defense counsel's trial schedules, the Court prospectively excludes the time from today, **January 5, 2023**, until **September 11, 2023** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    New York, New York
            January 5, 2023

                                              John G. Koeltl
                                     United States District Judge