UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

       - against -                      22-cr-409 (JGK)

JAREL SABLE,                         ORDER

              Defendant.

---

**JOHN G. KOELTL, District Judge:**

As discussed at the conference held today, the Government should provide its advice with respect to Rule 404(b) evidence by **March 24, 2023**. The Government and the defense may file any motions by **April 7, 2023**. Responses are due by **April 28, 2023**. Replies are due by **May 5, 2023**. A hearing is scheduled for **May 18, 2023** at **10:00 a.m.**

Any requests to charge, voir dire, and motions in limine are due by **July 14, 2023**. Responses are due by **July 21, 2023**.

The final pre-trial conference is scheduled for **September 6, 2023** at **10:00 a.m.** Trial is scheduled for **September 11, 2023** at **9:00 a.m.**

SO ORDERED.

Dated:    New York, New York
            January 5, 2023

                                              John G. Koeltl
                                        United States District Judge