

———— LAW OFFICES OF ————
## JACQUELINE E. CISTARO

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

May 2, 2023

**SUBMITTED ECF**
The Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: United States v. Jarel Sable, 22 Cr. 409 (JGK) and 17 Cr. 511 (JGK)*

Your Honor:

I represent Jarel Sable in the above-referenced matters. Our pretrial motions are due on Friday, May 5, 2023, however, as counsel continues to review the discovery, I have submitted several requests for the government to produce certain items, if available. The government continues to comply, review, and/or produce defense requests on an ongoing basis.

We respectfully request a brief extension of the motion(s) deadlines to allow defense counsel to file pretrial motions by Monday, May 8, 2023, and the government to file their opposition motions by June 19, 2023. The government consents to this application for an extension.

Thank you for your time and consideration.

Respectfully submitted,

s/ Jacqueline E. Cistaro

cc:    All Counsel

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

5/3/23