UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

      -against-                        22 cr 409 (JGK)

JAREL SABLE,                         **ORDER**
                    Defendant.
-------------------------------------------------------------X

An evidentiary hearing is scheduled for **Monday, July 17, 2023, at 10:00am.**

**SO ORDERED.**

                                    **JOHN G. KOELTL**
                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       May 18, 2023