UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA

       - against -                        22-cr-409 (JGK)

JAREL SABLE,                               ORDER

                Defendant.
---

JOHN G. KOELTL, District Judge:

    The parties are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to suppress (ECF No. 32). The government should ensure that the Court is provided with unredacted copies of all exhibits filed under seal.

SO ORDERED.

Dated:    New York, New York
            June 20, 2023

                                          John G. Koeltl
                                 United States District Judge