

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 30, 2023

**BY ECF**

The Honorable John G. Koeltl
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Jarel Sable*, 22 Cr. 409 (JGK)

Dear Judge Koeltl:

    The Government writes on behalf of the parties regarding the schedule for pre-trial filings and disclosures with respect to trial in the above captioned case, which is set to commence September 11, 2023. On January 5, 2023, the Court set July 14, 2023 as the deadline for the parties to file their requests to charge, motions in limine, and proposed voir dire. ECF No. 22. On March 22, 2023, the Court issued an order setting July 14, 2023 as the deadline for the Government to provide the defense with its Rule 404(b) notice. ECF No. 24. The parties respectfully request that the Court adjourn the deadline for the parties to file any pretrial filings, including requests to charge, motions in limine, proposed voir dire, and any 404(b) notice, until after the resolution of the defense's pending motion to suppress (the "Motion"), for which the Court has scheduled a hearing on July 17, 2023. The defense has represented that the Court's decision on the Motion may determine whether it will proceed to a trial in this matter.

*The time to file pre-trial filings is suspended until the Court's decision on the pending motion to suppress which is the subject of the evidentiary hearing to be held on July 17, 2023. So ordered.*
*J.G. Koeltl*
*U.S.D.J.*
*7/5/23*

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: *Brandon C. Thompson*
Brandon C. Thompson
Assistant United States Attorney
(212) 637-2444

cc: Jacqueline E. Cistaro (by ECF)