UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -

JAREL SABLE,

              Defendant.

22-cr-409 (JGK)

ORDER

---

JOHN G. KOELTL, United States District Judge:

    The testimony of USMS Schiff will continue on **July 19, 2023, at 2:00 p.m.**

    Defense witness Joseph Lively's testimony will proceed on **July 31, 2023, at 1:00 p.m.**

    The Government should provide its advice with respect to Rule 404(b) evidence by **August 14, 2023.**

    Any requests to charge, voir dire, and motions in limine are due by **August 21, 2023.** Responses are due by **August 28, 2023.**

    The final pre-trial conference is scheduled for **October 4, 2023, at 11:00 a.m.** Trial is scheduled for **October 10, 2023, at 9:00 a.m.** In order to assure the effective assistance of counsel, to allow the parties to continue presenting testimony on the pending motion to suppress, and to allow the Court expeditiously to rule on that motion, the Court prospectively excludes the time from today, **July 18, 2023,** until **October 10, 2023,** from Speedy Trial Act calculations. The Court finds that

the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A).

    SO ORDERED.

Dated: July 18, 2023
       New York, New York

                                              John G. Koeltl
                                  United States District Judge