

—— LAW OFFICES OF ——
### JACQUELINE E. CISTARO

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

August 7, 2023

**SUBMITTED ECF**
The Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: United States v. Jarel Sable, 22 Cr. 409 (JGK) and 17 Cr. 511 (JGK)*

Your Honor:

I represent Jarel Sable in the above-referenced matters. On consent of the government, the defense writes to respectfully request a one-day extension, from August 8, 2023, to August 9, 2023, to file our simultaneous summation briefs and a one-day extension to file our replies on August 11, 2023.

Thank you for your time and consideration.

Respectfully submitted,

s/ Jacqueline E. Cistaro

cc:   All Counsel

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
8/7/23.