**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

      - against -　　　　　　　　　　　　　**22-cr-409 (JGK)**

**JAREL SABLE,**　　　　　　　　　　　　　　　　**ORDER**

      **Defendant.**

**JOHN G. KOELTL, District Judge:**

The defendant's counsel is directed to file the defendant's reply to the government's motions in limine on the public docket, redacting in the same way that the Government redacted. This includes, notably, redacting all but the last two digits of the Civilian Complaint Review Board complaint numbers.

**SO ORDERED.**

**Dated:　　New York, New York**
**　　　　　August 31, 2023**　　　　　　　　　　/s/ John G. Koeltl
　　　　　　　　　　　　　　　　　　　　　　**John G. Koeltl**
　　　　　　　　　　　　　　　　　**United States District Judge**