UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

       - against -                  22-cr-409 (JGK)

JAREL SABLE,                            ORDER

                Defendant.

JOHN G. KOELTL, District Judge:

The Government is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion in limine (ECF No. 59).

SO ORDERED.

Dated:    New York, New York
          September 5, 2023

                                              John G. Koeltl
                                     United States District Judge