```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

- against -    22-cr-409 (JGK)

JAREL SABLE,    ORDER

Defendant.

JOHN G. KOELTL, District Judge:

The final pre-trial conference scheduled for **October 4, 2023**, is **adjourned** to **October 23, 2023**, at **2:30 p.m.**

Trial in this matter is **adjourned** from **October 10, 2023**, to **November 7, 2023**, at **9:00 a.m.**

Because a continuance is needed to assure the effective assistance of counsel and to allow the parties to discuss a disposition short of trial, the Court prospectively excludes the time from today, **September 8, 2023**, until **November 7, 2023**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:   New York, New York
         September 8, 2023

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                    United States District Judge