

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 14, 2023

**By ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
SO ORDERED.

Dated December 15, 2023        /s/ John G. Koeltl
New York, New York             John G. Koeltl, U.S.D.J.
```

Re:   *United States v. Sable*, 22 Cr. 409 (JGK)

Dear Judge Koeltl:

The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York.

Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel in the above-captioned matter.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By: _____
    Jarrod L. Schaeffer
    Assistant United States Attorney
    Tel.: (212) 637-2270