

— LAW OFFICES OF —
**JACQUELINE E. CISTARO**

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 · E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

May 2, 2024

**SUBMITTED ECF**
The Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: United States v. Jarel Sable, 22 Cr. 409 (JGK) and 17 Cr. 511 (JGK)*

Your Honor:

I represent Jarel Sable in the above-referenced matters. We write to respectfully request a brief extension to file our sentencing submission as we are still gathering letters in support of leniency. The government consents to this request.

We request a brief extension of the submission deadlines to allow defense counsel to file our sentencing submission by May 6, 2024, and the government to file their sentencing submission by May 12, 2024.

Thank you for your time and consideration.

Respectfully submitted,

s/ Jacqueline E. Cistaro

cc: AUSA Brandon Thompson

*[Handwritten:]* Sentencing adjourned to Monday, July 1, 2024, at 2:30pm. Defense counsel submissions due 14 days before sentence. Government submission due 8 days before sentence. So ordered. 5/12/24 [signature] J. Koeltl USDJ