

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 24, 2024

**BY ECF**
The Honorable John G. Koeltl
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *United States v. Jarel Sable*, 22 Cr. 409 (JGK), 17 Cr. 511 (JGK)

Dear Judge Koeltl:

    Sentencing in the above-captioned case is scheduled for July 1, 2024, at 2:30 p.m. Pursuant to the Court's order dated May 13, 2024, the defense's submission was due fourteen days before sentencing, and the Government's submission is due eight days before sentencing. ECF No. 85. The Government respectfully requests an adjournment until June 26, 2024, to file its sentencing submission. The defense consents to this request. Thank you for your consideration.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ Brandon C. Thompson
Brandon C. Thompson
Assistant United States Attorney
(212) 637-2444

**APPLICATION GRANTED**
**SO ORDERED**
/s/ John G. Koeltl, U.S.D.J.
6/24/24

CC: Jacqueline E. Cistaro, Esq. (By ECF and Email)